**Konta, Georges, and Buza, P.C.**
233 Broadway, 9th Floor
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

October 2, 2024

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Veronica Hollman*, 24 CR 353 (JGK)

Dear Judge Koeltl:

  I represent Veronica Hollman. Ms. Hollman is currently at liberty pending sentencing in this matter. Pursuant to the terms of her release, her travel is restricted to the Southern and Eastern Districts of New York. I write to ask that the Court modify the terms of her pretrial release such that she be permitted to travel to the Westgate Vacation Villas Resort in Kissimmee, Florida between October 5, 2024, and October 12, 2024. I have spoken to Ms. Hollman's pretrial officer who indicated that she has no objection to this request. I also have spoken to the government, and they indicated to me that they defer to pretrial in the matter.

            Respectfully Submitted,

            /s/
            _____
            John P. Buza

cc.: AUSA Catherine Ghosh (via ECF)

**APPLICATION GRANTED
SO ORDERED**

10/2/24 /s/ John G. Koeltl
     John G. Koeltl, U.S.D.J.