UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

24 cr 353 (JGK)

VERONICA HOLLMAN,

**ORDER**

                Defendant.
-------------------------------------------------------------X

      The Court, in imposing restitution of $43,000 to the New York City Housing Authority,

has waived any provision of interest, in view of the defendant's inability to pay.

      The parties shall inform the Court if there are any objections to the Court's decision to

waive interest.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      December 11, 2024