# Konta, Georges, and Buza, P.C.

233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

May 16, 2025

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application Granted. SO ORDERED.

Dated:   May 19, 2025           /s/ John G. Koeltl
         New York, New York     John G. Koeltl, U.S.D.J.
```

Re:   *United States v. Veronica Hollman,* **24 CR 353 (JGK)**

Dear Judge Koeltl:

    I represent Ms. Hollman in the above-referenced case. Ms. Hollman is currently serving her prison sentence at Danbury FCI. Her family is requesting that her passport be returned to them. Because the surrender of her passport was a condition of her pretrial release, I am informed that a Court order for the passport to be returned is necessary. I therefore write this letter to request that the Court order that Ms. Hollman's passport can be released to her family. Neither the government nor pretrial objects to this request.

                                                              Respectfully submitted,

                                                              /s/
                                             _____
                                             John P. Buza