## Konta, Georges, and Buza, P.C.
233 Broadway, Suite 701
New York, NY 10279
212-710-5166 (Tel.)
212-710-5162 (Fax)
johnpbuza@aol.com

March 11, 2026

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Veronica Hollman,*
        **24 Cr. 353 (JGK)**

Dear Judge Koeltl:

I represent Veronica Hollman pursuant to the above-mentioned case. Ms. Hollman's case is over, and she is on supervised release. Ms. Hollman would like to renew her passport and would like to travel to Barbados between June 10 and June 15, 2026. I spoke to probation and they have no objection to her passport renewal or her travel plans. Additionally, the government defers to probation as to this issue. Accordingly, I write to ask the Court to permit Ms. Hollman to obtain a new passport and to be allowed to travel to Barbados in the time-period mentioned above.

Respectfully submitted,

/s/

_____
John P. Buza, Esq.

*The defendant should be allowed to renew her passport and it should be returned to her if it is in the Government's possession. The defense should report the Probation officer's views to the Court on the proposed international travel. So ordered. 3/12/26 John G. Koeltl / U.S.D.J.*